DALLAS BEARD<br>
REG. NO.11163-028<br>
FCI MCDOWELL<br>
FEDERAL CORR. INSTITUTION<br>
P.O. BOX 1009<br>
WELCH, WV 24801

September ___, 2022

Mr. Rory L. Perry II
Clerk of Court
U.S. District Court
Southern District of West Virginia
Bluefield Division
601 Federal Street, Room 1000
Bluefield, WV 24701

      RE:  *Beard v. Warden, FCI McDowell*
            Civil No. 1:22-cv-00407
            Crim No. 1:12-cr-00212-TWP-TAB-1

Dear Mr. Perry:

    Enclosed please find and accept for filing Petitioner's Application for Writ of Habeas Corpus under 28 U.S.C. § 2241 and Memorandum of Law in Support. Please submit these documents to the Court. The five dollar ($5.00) filing fee will be forthcoming as soon as the § 2241 Petition is docketed by the Court.

    Thank you for your assistance in this matter.

                                              Sincerely,

                                              */s/ Dallas Beard*
                                              DALLAS BEARD
                                              Appearing *Pro Se*

*Encl. as noted*